OPINION — AG — ** POLLUTION CONTROL — CIVIL ACTION — PROCEEDS ** MONIES FROM A PUNITIVE DAMAGES AWARD RECOVERED IN A CIVIL LAWSUIT BROUGHT BY THE POLLUTION CONTROL COORDINATING BOARD MUST BE DEPOSITED WITH THE STATE TREASURER PURSUANT TO 62 O.S. 74 [62-74] (LITIGATION, WATERS, DEPOSITED WITH STATE TREASURER, EXEMPLARY DAMAGES, STATE AGENCY, STATE BOARD, EXPENSES INCURRED, INJURY TO STATE WATERS, DEPOSIT) CITE: 82 O.S. 937 [82-937](B), 82 O.S. 932 [82-932], 62 O.S. 74 [62-74] (JOHN D. ROTHMAN)